# IN THE SUPREME COURT OF THE STATE OF NEVADA

GENE ANTHONY ALLEN,
Petitioner,
vs.
THE STATE OF NEVADA; AND ISIDRO
BACA, WARDEN,
Respondents.

No. 78110

FILED

FEB 2 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of habeas corpus. We decline to exercise our original jurisdiction in this matter. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court."); *see also Zobrist v. Sheriff, Carson City*, 96 Nev. 625, 626, 614 P.2d 538, 539 (1980) (indicating this court has discretion to decide whether to entertain an original petition for a writ of habeas corpus and that such petitions raising questions of fact should be considered "by a tribunal equipped to handle that task"). Additionally, we decline to intervene because petitioner failed to submit an adequate appendix for our review. *See* NRS 34.160; NRAP 21(a)(4). Accordingly, without reaching the merit of any claims raised, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc: Gene Anthony Allen
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A